IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Terrance L. Cohen<br>Debtor(s) | Chapter 13 Proceeding<br><br>Bankruptcy No. 14-18753 ELF |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 has filed a motion for relief of from the automatic stay with the court to permit The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 to foreclose on 3224 North 5th Street, Philadelphia, PA 19140-5612.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 14, 2017 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at: United States Bankruptcy Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

    Mary F. Kennedy, Esquire
    Law Office of Gregory Javardian, LLC
    1310 Industrial Blvd.
    1st Floor, Suite 101
    Southampton, PA 18966
    (215) 942-9690
    (215) 942-9695

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Eric L. Frank on February 21, 2017, at 9:30 am in Courtroom 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**Date**: January 27, 2017