IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Terrance L. Cohen  
        Debtor(s)

Chapter 13 Proceeding

14-18753 ELF

## ORDER

AND NOW, this 21st day of Feb., 2016, it is hereby **ORDERED** that the Automatic Stay be modified to permit, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 and/or its successors and assigns to obtain all *in rem* Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 3224 North 5th Street, Philadelphia, PA 19140-5612.

Upon the order being granted and entered, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further **ORDERED** that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED** that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

**Order entered by default.**

_____  
**ERIC L. FRANK**  
**CHIEF U.S. BANKRUPTCY JUDGE**