United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18753-elf
Terrance L. Cohen                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP              Page 1 of 1              Date Rcvd: Feb 22, 2017
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +Terrance L. Cohen,    1215 E. Cheltenham Avenue,    Philadelphia, PA 19124-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
               Trustee etal paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et. al.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee mary@javardianlaw.com,   tami@javardianlaw.com
              RALPH D. FRIEDMAN    on behalf of Debtor Terrance L. Cohen rdf@rdflaw.com,   btorr.rdflaw@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Terrance L. Cohen rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of  Robert  Leite-Young rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Terrance L. Cohen<br>　　　　Debtor(s) | Chapter 13 Proceeding<br><br>14-18753 ELF |

## ORDER

　　AND NOW, this 21st day of Feb., 2016, it is hereby **ORDERED** that the Automatic Stay be modified to permit, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 and/or its successors and assigns to obtain all *in rem* Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 3224 North 5th Street, Philadelphia, PA 19140-5612.

　　Upon the order being granted and entered, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-17 shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

　　It is further **ORDERED** that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

　　It is further **ORDERED** that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

　　**Order entered by default.**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**