UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| In re: | CHAPTER 13 |
| TERRANCE L. COHEN | Bkcy. Case No. 14-18753-elf |
| Debtor. | Hearing Date: 06/06/2017 at 1:00pm |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, Terrance L. Cohen has filed a Motion to Reopen and Reinstate his Chapter 13 Case pursuant to Fed.R.Bankr.p. 9024.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **06/1/2017** you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at

   Eastern District of Pennsylvania
   Bankruptcy Clerk's Office
   900 Market Street, Ste 400
   Philadelphia, PA 19107
   215-408-2800

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Robert Leite-Young, Esquire
   Roach, Leite & Manyin, LLC
   6950 Castor Avenue
   Philadelphia, PA 19149
   267-343-5818
   267-343-5821

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Chief Judge Eric L. Frank on 06/06/2017, at <u>1:00pm</u> in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 15, 2017

                                        Roach, Leite & Manyin, LLC

                                        <u>/s Robert Leite-Young</u>
                                        Robert C. Leite-Young, Esq.
                                        Attorneys for Debtor