United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18753-elf
Terrance L. Cohen                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Jun 14, 2017
                              Form ID: pdf900          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
```
db              #+Terrance L. Cohen,    1215 E. Cheltenham Avenue,   Philadelphia, PA 19124-1031
NONE             +Robert Leite-Young,   2938 Levick Street, Ground Flr,   Philadelphia, PA  19149,
                   UNITED STATES 19149-3050
13509097         American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                   Los Angeles, CA  90051-5478
13422319        ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    4161 Piedmont Parkway,   Greensboro, NC 27410)
13422321         +Bank of America,   P.O. Box 5170,   Simi Valley, CA 93062-5170
13422320         +Bank of America,   450 American Street,   #SV416,   Simi Valley, CA 93065-6285
13422322        ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,    P.O. Box 85520,   Richmond, VA 23285)
13422324         +CCS/First National Bank,   500 E. 60th Street N,   Sioux Falls, SD 57104-0478
13422325         +Chase Auto,   P.O. Box 15298,   Wilmington, DE 19850-5298
13422326         +Chase Auto,   P.O. Box 901003,   Credit Bureau Dispute,   Fort Worth, TX 76101-2003
13422328         +City of Philadelphia,   Bureau of Administrative Adjudication,   913 Filbert Street,
                   Philadelphia, PA 19107-3117
13422330         +DSNB Macys,   P.O. Box 17759,   Clearwater, FL 33762-0759
13448704         +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                   Mason, OH 45040-8053
13774031          ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13422331          Enhanced Acquisition,   3830 E. Robinson Road,   Suite 353,   Amherst, NY 14228
13461097          Equity Trust Company, Custodian FBO,   PO Box 16354,   Rochester, NY 14616-0354
13422332         +GRB Law,   1425 Sprce Street,   Suite 100,   Philadelphia, PA 19102-4578
13422333         +HSBC Bank,   P.O. Box 9,   Buffalo, NY 14240-0009
13422335         +MCYDSNB,   9111 Duke Boulevard,   Mason, OH 45040-8999
13440735         +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
13422337         +Philadelphia Municipal Court,   Office of the Deputy Court Administrator,
                   1339 Chestnut Street 10th Floor,   Philadelphia, PA 19107-3519
13422338         +Robert W. Cusick, Esquire,   Parker McCay, P.A.,   9000 Midlantic Drive, Suite 300,
                   P.O. Box 5054,   Mount Laurel, NJ 08054-5054
13422339         +SST/CIGPF1C,   4315 Pickett Road,   Saint Joseph, MO 64503-1600
13422340         +SST/SYNOVUS,   P.O. Box 3997,   Saint Joseph, MO 64503-0997
13422341          The Bank of New York Mellon,   c/o Green Tree Servicing, LLC,   345 St. Peter Street,
                   1100 Landmark Towers,   Saint Paul, MN 55102
13724253          The Bank of New York Mellon etal,   Bank of America, NA,   P.O. Box 31785,
                   Tampa, FL 33631.3785
13498462         +The Bank of New York Mellon, Et al.,   Bank of America, N.A.,   7105 Corporate Drive,
                   Plano, TX 75024-4100
13422342         +Trumark Financial,   1000 Northbrook Drive,   Feasterville Trevose, PA 19053-8430
13503720          U. S. Department of Education,   c/o FedLoan Servicing,   P. O. Box 69184,
                   Harrisburg, PA  17106-9184
13422343         +Xerox Solutions,   P.O. Box 41818,   Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg               E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:31     City of Philadelphia,
                   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg               E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:38
                   Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg              +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:25     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr                E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2017 01:05:27     Green Tree Servicing LLC,
                   PO Box 6154,   Rapid City, SD  57709-6154
13422327          E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:30     City of Philadelphia,
                   Law Department,   Municiapl Services Bldg. 5th Floor,   1401 John F. Kennedy Boulevard,
                   Philadelphia, PA 19102
13422329          E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:31     City of Philadelphia Law Dept.,
                   One Parkway,   1515 Arch Street 15th Floor,   Philadelphia, PA 19102
13508828         +E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:31
                   CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                   1401 JOHN F. KENNEDY BLVD.,   5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13485341          E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2017 01:05:27     Green Tree Servicing LLC,
                   PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
13422334          E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2017 01:06:16     Jefferson Capital Systems,
                   16 McLeland Road,   Saint Cloud, MN 56303
13452876          E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2017 01:06:16     Jefferson Capital Systems LLC,
                   Po Box 7999,   Saint Cloud Mn 56302-9617
13422336         +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2017 01:05:58     Midland Funding,
                   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13501704         +Fax: 866-311-5818 Jun 15 2017 01:11:27     System & Services Technologies, Inc,
                   4315 Pickett Road,   St. Joseph, MO 64503-1600
                                                                                              TOTAL: 12
```

```
District/off: 0313-2              User: PaulP                 Page 2 of 2                  Date Rcvd: Jun 14, 2017
                                  Form ID: pdf900             Total Noticed: 42


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Transworld Systems Inc.
cr*             ECMC,    PO Box 16408,   St. Paul, MN  55116-0408
13422323*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA,   P.O. Box 85015,   Richmond, VA 23285)
                                                                                       TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
           Trustee etal paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon et. al.
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
          MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as Trustee mary@javardianlaw.com,    tami@javardianlaw.com
          RALPH D. FRIEDMAN    on behalf of Debtor Terrance L. Cohen rdf@rdflaw.com,   btorr.rdflaw@gmail.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Terrance L. Cohen rleite@rlmfirm.com,
           Bankruptcyhelp101@gmail.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of  Robert  Leite-Young rleite@rlmfirm.com,
           Bankruptcyhelp101@gmail.com
          THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TERRANCE L. COHEN, | : | |
| Debtor | : | Bky. No.  14-18753 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated April 26, 2017 **(Doc. #98 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: June 14, 2017**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**