United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18753-elf
Terrance L. Cohen                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 18, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
13724253        The Bank of New York Mellon etal,   Bank of America, NA,   P.O. Box 31785,
                 Tampa, FL 33631.3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    The Bank Of New York Mellon FKA The Bank Of New York As
               Trustee etal paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, NA paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    The Bank of New York Mellon et. al.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    The Bank of New York Mellon, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              MARY F. KENNEDY    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as Trustee mary@javardianlaw.com,   tami@javardianlaw.com
              RALPH D. FRIEDMAN    on behalf of Debtor Terrance L. Cohen rdf@rdflaw.com,   btorr.rdflaw@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG     on behalf of  Robert   Leite-Young rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              ROBERT CAPTAIN LEITE-YOUNG     on behalf of Debtor Terrance L. Cohen rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18753-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Terrance L. Cohen
1215 E. Cheltenham Avenue
Philadelphia PA 19124

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/17/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: The Bank of New York Mellon etal, Bank of America, NA, P.O. Box 31785, Tampa, FL 33631.3785 | The Bank of New York Mellon as Trustee Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/20/17

Tim McGrath
**CLERK OF THE COURT**