# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-18753-ELF

TERRANCE L. COHEN

1215 E. CHELTENHAM AVENUE

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TERRANCE L. COHEN

    1215 E. CHELTENHAM AVENUE

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    ROBERT CAPTAIN LEITE-YOUNG
    6950 CASTOR AVENUE

    PHILADELPHIA, PA 19149-

Date: 9/6/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee