UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRANCE L. COHEN                                Chapter 13

              Debtor              Bankruptcy No. 14-18753-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 7, 2018**
_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-


Debtor:
TERRANCE L. COHEN

1215 E. CHELTENHAM AVENUE

PHILADELPHIA, PA 19124